# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

LINDA ROSS,

                Plaintiff,

-vs-                                    **Case No.  6:06-cv-428-Orl-28KRS**

HAIRTECK, INC.,

                Defendant.

_____

LINDA ROSS,

                Plaintiff,

-vs-                                    **Case No.  6:06-cv-429-Orl-31JGG**

FIFTH AVENUE PARTNERS, LLC

                Defendant.

_____

LINDA ROSS,

                Plaintiff,

-vs-                                    **Case No.  6:06-cv-430-Orl-19DAB**

FUSCO'S ENTERPRISES, INC., d/b/a Fusco's Beachside Café,

                Defendant.

_____

LINDA ROSS,

                Plaintiff,

-vs-                                    **Case No.  6:06-cv-431-Orl-31DAB**

BBB SERVICE CO. INC. d/b/a Wendy's Old Fashioned Hamburgers,

                Defendant.

_____

## ORDER AND
## NOTICE OF PROPOSED SETTLEMENT CONFERENCE

This Court's records reflect that Plaintiff Linda Ross has filed four cases against businesses located in Indialantic, Florida, as reflected in the caption of this Order.  In two of those cases, the defendants indicate that they are financially unable to obtain counsel.  In response to an order in one of those cases, counsel for Ross indicates that he, too, is attempting to keep the costs of this litigation at a minimum.

It seems appropriate, therefore, for me to hold an early settlement conference simultaneously in all four cases in an attempt to resolve the issues before further expenses are incurred.  I am willing to hold this settlement conference in Indialantic, if agreed to by all parties, at which time the parties and their experts, if any, can jointly inspect the premises at issue and discuss whether there is a way to resolve the cases without further litigation.  I will permit corporate defendants who are not represented by counsel to participate in this conference through their representatives.  If the cases do not resolve, however, each corporate defendant must retain an attorney who is a member of the bar of this Court to defend it in the litigation.  *See* M.D. Fla. L.R. 2.02(e).

Accordingly, it is **ORDERED** that counsel for the plaintiff shall confer with the unrepresented defendants and with counsel for the represented defendants in each of these cases[1] to select available dates in June or between July 10 and July 23, for the Court to conduct a settlement conference, which dates will then be coordinated with the Court's calendar.  The parties should keep in mind that the plaintiff and a corporate representative of each defendant with full

---

[1]  I recognize that the defendant in Case No. 6:06-cv-429-31JGG has not yet been served.  It would greatly facilitate the settlement conference if counsel for the plaintiff promptly served this defendant so that it could be invited to participate in the joint settlement conference.

settlement authority[2] will need to attend the settlement conference, and that the business premises that are the subject of each complaint must be available for inspection before or during the settlement conference.  It is further **ORDERED**  that if the parties wish the settlement conference to be conducted in Indialantic, they must take steps to determine whether a location exists at which the conference could be held – whether in a library, community center, or on the premises of one of the defendant businesses.  All that is required is two rooms in which I may meet, separately, with the plaintiff and the defendants.

It is further **ORDERED** that the parties shall file a notice with the proposed dates and location of the settlement conference (whether in my courtroom or at an identified location in Indialantic), or a motion requesting leave to be excluded from the conference, as soon as possible but no later than June 16, 2006.  In determining possible dates for the conference, one representative of the parties may confer with my courtroom deputy clerk, Samantha Colón, at 407/835-4320 to determine availability of time on the Court's calendar.

This order does not preclude the parties from continuing any private settlement negotiations that may currently be underway.

*Karla R. Spaulding*

KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Parties

---

[2] Any necessary claims representatives would either need to be present or available by telephone.

-3-